

# NUMBER 13-19-00094-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**FFBC OPERATORS, LLC,**                                   **Appellant,**

**v.**

**L&F DISTRIBUTORS, LLC AND**
**FAVORITE BRANDS, LLC,**                               **Appellees.**

## On appeal from the 93rd District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Memorandum Opinion by Justice Tijerina

FFBC Operations, LLC appealed a judgment rendered against it in trial court cause number C-2222-18-B in the 93rd District Court of Hidalgo County, Texas. On July 26, 2019, this Court abated the appeal due to the bankruptcy of one of the parties. *See* 11 U.S.C. § 362; TEX. R. APP. P. 8; *In re Sw. Bell Tel. Co.*, 35 S.W.3d 602, 604 (Tex. 2000)

(orig. proceeding) (per curiam); *Adeleye v. Driscal*, 488 S.W.3d 498, 499 (Tex. App.—Houston [14th Dist.] 2016, no pet.). Since the abatement, there has been no activity in this appeal.

On February 9, 2021, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that the failure to respond to the order within ten days would result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). On February 17, 2021, appellees L&F Distributors, LLC and Favorite Brands, LLC notified the Court that "this matter is now moot due to a settlement in the bankruptcy proceedings." Appellant FFBC Operations, LLC did not respond to the Court's directive or to the advisory filed by the appellees.

The Court, having examined and fully considered the documents on file, appellees' advisory, and appellant's failure to respond, is of the opinion that this matter should be dismissed for want of prosecution. Accordingly, we reinstate the appeal, and we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

JAIME TIJERINA
Justice

Delivered and filed on the
1st day of April, 2021.

2